JS-6

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

JOSE FRANCISCO VELIZ BENITEZ,

Petitioner,

v.

FERETI SEMAIA, et al.,

Respondents.

Case No. 5:26-cv-02780-AYP

JUDGMENT

IT IS ADJUDGED that the petition for writ of habeas corpus is GRANTED.

Dated: July 21, 2026

HON. ANNA Y. PARK
UNITED STATES MAGISTRATE JUDGE